

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00337-CV

Oscar **TOLEDO**,
Appellant

v.

**ROADSIDE RECOVERY SPECIALISTS** d/b/a Bexar Towing,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 380559
Honorable Jason Pulliam, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellee Roadside Recovery Specialists d/b/a Bexar Towing recover its costs of this appeal from appellant Oscar Toledo.

SIGNED September 18, 2013.

_____
Marialyn Barnard, Justice